UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                :
UNITED STATES OF AMERICA        :
                                :   SEALED INDICTMENT
        - v. -                  :
                                :   20 CRIM 358
JAQUAN ANGEVINE,                :
                                :
                Defendant.      :
- - - - - - - - - - - - - - - - X

### COUNT ONE
(Bail Jumping)

The Grand Jury charges:

In or about July 2020 and thereafter, in the Southern District of New York and elsewhere, JAQUAN ANGEVINE, the defendant, having been released pursuant to chapter 207 of Title 18, United States Code, knowingly failed to surrender for service of a sentence pursuant to court order, to wit, while awaiting surrender for service of sentence after being found in violation of conditions of supervised release in connection with his conviction in the United States District Court for the Southern District of New York for violations of Title 18, United States Code, Section 1349 (an offense punishable for a term of imprisonment of 15 years or more), in Case No. 18 Cr. 108 (PAE), entitled *United States of America v. Jaquan Angevine*, and having been directed by the court to surrender to the United States Marshal for the Southern District of New York at 2:00 p.m. on July 10, 2020, to serve his sentence for the violation of

supervised release, ANGEVINE failed to surrender as ordered by the court.

(Title 18, United States Code, Sections 3146(a)(2) and (b)(1)(A)(i))

_/s/ Gracy Mather_
FOREPERSON

_/s/ Audrey Strauss /KOM_
AUDREY STRAUSS
Acting United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JAQUAN ANGEVINE,

Defendant.

SEALED INDICTMENT

20 Cr.

(Title 18, United States Code, Sections
3146(a)(2) and (b)(1)(A)(i).)

AUDREY STRAUSS
Acting United States Attorney

*[signature]*
Foreperson