UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                 :
  UNITED STATES OF AMERICA,           :
                 :
                 -v-                    :
                                   :     1:20-cr-358-GHW-1
                 :
  JAQUAN ANGEVINE,                  :     ORDER
                 :
                            Defendant. :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      In light of the Amended Standing Order entered by Chief Judge Colleen McMahon on January 5, 2021 temporarily suspending certain operations in the Southern District of New York, the sentencing hearing scheduled in this matter on February 9, 2021 is adjourned to May 12, 2021 at 11:00 a.m. The Defendant's sentencing submissions are due no later than April 28, 2021; the Government's sentencing submissions are due no later than May 5, 2021.

      SO ORDERED.

Dated: February 5, 2021

                                                                     GREGORY H. WOODS
                                                            United States District Judge