UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                    :

UNITED STATES OF AMERICA,        :
                                    :
                                    :
             -v-                       :
                                    :
JAQUAN ANGEVINE,            :
                                    :

                        Defendant.  :
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/2021

1:20-cr-358-GHW-1
1:18-cr-108-GHW-1
ORDER

GREGORY H. WOODS, United States District Judge:

The sentencing hearing scheduled in this matter on May 12, 2021 is adjourned to May 17,

2021 at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl

Street, New York, New York 10007.

SO ORDERED.

Dated: May 7, 2021
     New York, New York                              GREGORY H. WOODS
                                             United States District Judge